IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERICSON PEREZ, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No.2:11cv09-CSC |
| | ) (WO) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered in this case, it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 be and is hereby DISMISSED without prejudice.

Done this 11th day of July, 2011.

　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE